IN THE UNITED STATES DISTRIC COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT FRANCIS CASSIDY,   :
:
    Plaintiff,   :    Case No. 2:12-cv-668
:
vs.   :    JUDGE ALGENON L. MARBLEY
:
COMMISSIONER OF SOCIAL SECURITY,   :
:    Magistrate Judge King
    Defendant.   :

## OPINION AND ORDER

On June 24, 2013 the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 22), recommending that this Court reverse the decision of the Commissioner and remand the case to the agency for further consideration of the opinions articulated by Plaintiff's treating physicians, in accordance with 20 C.F.R. § 404.1527(c)(2). The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so. (*Id.* at 14-15). No objection has been filed.

Since neither party has objected, and deadline for such objections elapsed on July 8, 2013, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. The decision of the Commissioner of Social Security is hereby **REVERSED**. This action is **REMANDED** to the Commissioner for reconsideration in accordance with this Order.

    IT IS SO ORDERED.

                                          s/ Algenon L. Marbley
                                          **ALGENON L. MARBLEY**
                                          **UNITED STATES DISTRICT JUDGE**

**DATED: October 8, 2013**