```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

**ROBERT FRANCIS CASSIDY,**

       Plaintiff,

  vs.                                      Civil Action 2:12-cv-668
                                              Judge Marbley
                                              Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

       Defendant.

<u>**ORDER**</u>

On December 26, 2013, the United States Magistrate Judge recommended that plaintiff's unopposed motion for an award of attorney fees and costs, Doc. No. 25, be granted. *Report and Recommendation*, Doc. No. 26. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 26, is **ADOPTED AND AFFIRMED**. Plaintiff's motion for an award of attorney fees and costs, Doc. No. 25, is **GRANTED**. Plaintiff is **AWARDED** an attorney fee, costs, and expenses under the Equal Access to Justice Act, 28 U.S.C. §2412, in the total amount of $5,865.60, as well as the $350.00 filing fee. If it is determined that plaintiff does not owe a debt to the United States, that amount may be paid directly to plaintiff's counsel in light of plaintiff's assignment to that effect. *See Astrue v. Ratliff*, 130 S.Ct. 2521, 2527 (2010).

                                                                              s/Algenon L. Marbley
                                                                               Algenon L. Marbley
                                                                   United States District Judge